**STATE v. COMBS**

[361 N.C. 585 (2007)]

STATE OF NORTH CAROLINA v. ANGELIA SCATES COMBS

No. 219A07

(Filed 12 October 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 182 N.C. App. ——, 642 S.E.2d 491 (2007), finding no prejudicial error in a judgment entered 7 December 2005 by Judge John O. Craig III in Superior Court, Guilford County. Heard in the Supreme Court 12 September 2007.

*Roy Cooper, Attorney General, by Amanda P. Little, Assistant Attorney General, for the State.*

*James N. Freeman, Jr. for defendant-appellant.*

PER CURIAM.

AFFIRMED.